| | |
|---|---|
| DEFT: Michael Zoyes (surrender) | CASE NO: 00-6254-CR-Roettger |
| AUSA: Larry Bardfeld *present* | ATTNY: Daniel Foreman *present* |
| AGENT: | VIOL: |
| PROCEEDING: Initial Appearance on Information | BOND REC: PSB |

BOND HEARING HELD: yes/no   COUNSEL APPOINTED:

BOND SET @ $100,000 PSB (Stipulated)

CO-SIGNATURES: wife

SPECIAL CONDITIONS:

SEP 2 7 ___

1) Do not violate any law.
2) Appear in court as directed. *surr passport by Wed*
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed, /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: SD/FL
12) Halfway House
    Electronic Monitoring

Reside at current address, no illegal drugs or excess alcohol & counseling for substance abuse or emotional issues.

X - advised of charges
X - waives indictment
X - sworn

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | |
| STATUS CONFERENCE: | | | |
| DATE: 9-27-00 | TIME: 11:00am | TAPE # 00-073 | |

1645-2120