AO 455(REV. 5/85) Waiver of Indictment

# United States District Court

SFP 2 7 2000

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

MICHAEL ZOYES

## WAIVER OF INDICTMENT

CASE NUMBER: 00 - 6254 - CR - ROETTGER

I, Michael Zoyes, the above named defendant, who is accused of conspiracy to commit mail fraud, wire fraud, and money laundering in violation of Title 18, United States Code, Sections 371, 1341, 1343, and 1956 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __SEPTEMBER 27, 2000__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before ___9-27-00___  [signature] 9/27/00