RECEIVED & FILED IN OPEN COURT
ON __9-27-00__ AT
__HC__

**UNITED STATES DISTRICT COURT**
Clarence Maddox, Clerk **SOUTHERN DISTRICT OF FLORIDA**
United States District Court
Southern District of Florida

CASE NO. __00-6254-CR-ROETTGER__

**UNITED STATES OF AMERICA,** :

v. : **NOTICE OF PERMANENT**
  **APPEARANCE AS COUNSEL**
  : **OF RECORD**

__Michael Zoyes__ :

COMES NOW __Daniel H. Forman__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __9-27-00__

Attorney __Daniel H. Forman__
Address __1401 Brickell Ave. Suite 800__
City __Miami__ State __FL__ Zip __33131__
Telephone __305-577-8888__
Florida Bar No. __0229261__

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

5/DM