FILED D.C.
SEP 27 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6254-CR-Roettger

UNITED STATES OF AMERICA

vs

Michael Zoyes

**ARRAIGNMENT INFORMATION SHEET**

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-27-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: See Bond

Telephone:

DEFENSE COUNSEL: Name: Daniel Foreman

Address:

Telephone:

BOND SET/CONTINUED: $ 100,000 PSB

Bond hearing held: yes  X   no____ Bond hearing set for_____

Dated this  27  day of September, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-073

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services