```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO: 00-06254-CR-ROETTGER
UNITED STATES OF AMERICA

v

MICHAEL ZOYES

                                                    NOTICE

_____/
```

TAKE NOTICE That a proceeding in this case has been set for FRIDAY NOVEMBER 17, 2000 at 10:30 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

   CALENDAR CALL FOR TWO WEEK TRIAL PERIOD BEGINNING MONDAY NOVEMBER 20, 2000. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA

---

                        CLARENCE MADDOX, CLERK

DATED: 10/19/00

                        BY: _P. Hart_____

                            Deputy Clerk

