FILED by _____ D.C.
JAN 1 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6254-CR-ROETTGER

UNITED STATES OF AMERICA

v

MICHAEL ZOYES

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for TUESDAY FEBRUARY 20, 2001 at 10:00 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    CALENDAR CALL. TRIAL PERIOD BEGINNING TUESDAY FEBRUARY 20, 2001. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA.

CLARENCE MADDOX, CLERK

DATED: 1/19/01

BY: _P. Hart_
Deputy Clerk