UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    :        CASE NO.:00-6254-CR-ROETTGER
                                     MAGISTRATE JUDGE SNOW
v.                          :

MICHAEL ZOYES              :

_____ :

## MOTION TO CONTINUE TRIAL DATE

The Defendant, Michael Zoyes, by and through his undersigned counsel, respectfully requests this honorable court continue the trial date in this cause which is currently set for the trial calendar beginning Monday, February 20, 2000 for the reasons set out below.

1.   The defendant is charged in a complex, multi million dollar fraud scheme. The parties have agreed in principle to a plea agreement. There still remains an unresolved issue in the plea agreement as to the accounting of the amount of money actually attributable to this particular defendant. The parties believe it is in the interest of justice and in the courts interest in judicial economy to allow an additional time so the parties can work out these issues and avoid the use of unnecessary court time.



2. The defendant is currently on bond and by this motion authorizes his counsel to specifically waive his rights under the Speedy Trial Act and request that the court make a finding in the interests of justice to grant a new trial date. The defendant further understands that any time between the filing of this motion and the resetting of a new trial date will be excludable time for purposes of the Speedy Trial Act.

3. The undersigned has contacted Assistant United States Attorney, Larry Barfield who is aware of this request and has authorized the undersigned to represent he has **no objection** to the granting of this motion.

WHEREFORE, the Defendant, Michael Zoyes, respectfully requests relief herein be granted.

Respectfully Submitted,

DANIEL H. FORMAN, ESQUIRE
1401 Brickell Avenue
Suite 800
Miami, Florida   33131
(305) 577-8888
Fax: (305) 374-7915

By: _____
DANIEL H. FORMAN, Esquire
Florida Bar No.: 229261

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to AUSA Larry Barfield, 299 East Broward Boulevard, Fort Laudedale, Florida 33301, on this __1__ day of February, 2001.

_____
DANIEL H. FORMAN, Esquire