FILED by _____ D.C.

⁓ 2 ᶦ 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6254-CR-NCR    Date: 2/20/01
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Bardfeld

Defendant(s): M. Zorjes (B)    Counsel: W. Foreman

Reason For Hearing: Calendar Call

Result of Hearing/Judgment: D to enter a plea Friday March 9th. at 10:00 A.M.

Misc.: _____

15/69