HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
MAR 1 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6254-CR-NCR   Date: 3/13/01
Courtroom Clerk: V. Hart   Court Reporter: Belvees
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Bardfeld

Defendant(s): M. Zayas (B)   Counsel: D. Inman

Reason For Hearing: Plea

Result of Hearing/Judgment: D plead & adj as
guilty. PSI ordered. Sent. set
Tues May 23, 2001 at 1:30 p.m.
Bond cont'd.

Misc.: _____

16/09