UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:00-6254-CR-ROETTGER
MAGISTRATE JUDGE SNOW

v.

MICHAEL ZOYES

_____/

## MOTION TO RESET SENTENCING DATE

The Defendant, Michael Zoyes, by and through his undersigned counsel, respectfully requests this honorable court reset the date of sentencing, which is currently scheduled for May 23, 2001, at 1:30 p.m., for a minimum of two weeks or more for the reasons set out below.

1. The defendant stands convicted by way of a plea of guilty to a complex fraud information. The sentencing was scheduled in the normal course of business for Wednesday, May 23, 2001.

2. The undersigned counsel has been in contact with the United States Probation Office and the United States Attorney's Office concerning an objection which requires the analysis of transcripts as evidence to prove the position. The parties are fully aware of the issue and it requires the production of a five hundred page transcript of a hearing held before United States District Judge Daniel Hurley.

3. That transcript was ordered and has been received and is being digested for the purpose of submitting to this court an orderly presentation on the sought after objection.

4. The undersigned is unable to complete the work necessary to perfect the objection in the normal time period allowed. As a result, the undersigned is seeking a two week continuance or more, should the court deem it necessary, for the purpose of appropriately presenting the issue.

5. The United States Attorney's Office by and through Larry Bardfeld does not object to the granting of this motion. The defendant is currently on bond and will not be prejudiced by the delay and otherwise authorizes the undersigned that he specifically waives any argument under the Speedy Trial Act.

WHEREFORE, the Defendant, Michael Zoyes, respectfully requests this court reset this case for a period of two weeks or longer should the court deem it necessary.

Respectfully Submitted,

DANIEL H. FORMAN, ESQUIRE
1401 Brickell Avenue
Suite 800
Miami, Florida  33131
(305) 577-8888
Fax: (305) 374-7915

By: _____
DANIEL H. FORMAN, Esquire
Florida Bar No.: 229261

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to AUSA Larry Bardfeld, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and U.S. Probation Officer Frances Weisberg, 299 East Broward Boulevard, Suite 409, Fort Lauderdale, Florida 33301 on this __17__ day of May, 2001.

DANIEL H. FORMAN, Esquire