UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

      Plaintiff,             Case No.: 00-6254-CR-ROETTGER

v.

                     **ORDER**

MICHAEL ZOYES,

        Defendants.      /

FILED by _____ D.C.

MAY 1 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

      **THIS CAUSE** is before the Court on Defendant Michael Zoyes' motion to continue sentencing presently set for Wednesday, May 23, 2001. Upon consideration of the motion and the record in this cause, it is

      **ORDERED AND ADJUDGED** that the motion to continue sentencing is hereby **GRANTED.** Sentencing will be re-noticed.

      **DONE AND ORDERED** this ___17___ day of ___May___, 2001.

                            **NORMAN C. ROETTGER**
                            **UNITED STATES DISTRICT COURT JUDGE**

cc: counsel of record