UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  :          CASE NO.:00-6254-CR-ROETTGER

v.                        :

MICHAEL ZOYES              :

_____  :

## NOTICE OF FILING

The Defendant, Michael Zoyes, by and through his undersigned counsel, files

the attached letters from family and friends, and respectfully requests the Court to

consider the same at the time of his sentencing currently scheduled for May 23,

2001.

Respectfully submitted,
DANIEL H. FORMAN, P.A.
1401 Brickell Avenue
Suite 800
Miami, Florida   33131
(305) 577-8888

By: _____
DANIEL H. FORMAN, Esquire
Florida Bar No.:  229261



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true  and correct copy of the foregoing was

forwarded to AUSA Laurence M. Bardfeld, United States Attorney's Office, 500 E.

Broward Boulevard, Ft. Lauderdale, FL 33301 and to USPO Frances Weisberg, United

States Probation Office, 299 E. Broward  Boulevard, Ft. Lauderdale, FL  33301 on

$\underline{\text{June } 6}$ , 2001.

DANIEL H. FORMAN, Esquire

DANIEL H. FORMAN, P.A. • ATTORNEY AT LAW • 1401 BRICKELL AVENUE, SUITE 800, MIAMI, FLORIDA 33131
TELEPHONE (305) 577-8888 • FACSIMILE (305) 374-7915
e-mail: dhforman@gate.net

# I N D E X

### United States v. Michael Zoyes
### Case No: 00-6254-CR-ROETTGER

Janice L. Zoyes  (Spouse) ............................................................. 1

Michael G. Zoyes II  (Son) ............................................................ 2

Cortney Zoyes  (Daughter) ........................................................... 3

Robert Grant Zoyes  (Son) ............................................................ 4

Victoria Zoyes  (Father) ............................................................... 5

Paul Zoyes (Brother) ................................................................... 6

Zoye Gilliland (Sister) ................................................................. 7

Lyndsey Kennedy Zoyes (Daughter-in-law) ..................................... 8

Jane Ruggeri (Daughter-in-law's Mother) ........................................ 9

Steven W.P.Zoyes (Brother)........................................................... 10

Debra Miles (Friend) .................................................................... 11

Brian Swartz (Friend) ................................................................... 12

Harley Bowen (Friend) .................................................................. 13

Janet Marzulillo (Friend) ............................................................... 14

Ricardo Rodriguez (Friend) ........................................................... 15

Stacey Working (Friend) ................................................................ 16

Tim Pergola (Friend) .................................................................... 17

Justin Parrinello (Friend) .............................................................. 18

Tim Mclaughlin (Friend) ............................................................... 19

Richard Talley (Daughter's Boyfriend) ............................................... 20

Dave Bessing (Friend) ..................................................................... 21

Marlene Williams (Friend) ............................................................... 22

Chris Wakefield (Friend) ................................................................. 23

Eric Silvus (Friend) ......................................................................... 24

Janet Petito (Friend) ....................................................................... 25

Carlos Lopez (Friend) ..................................................................... 26

Casey Thomas (Friend) ................................................................... 27

Pedro Santiago (Friend) .................................................................. 28

Lori Blausey (Friend) ...................................................................... 29

May 7. 2001

Judge Roettger,

I am writing this letter in an attempt to show you a side of
Michael G. Zoyes that you otherwise might not get an opportunity to
see. I have also taken the time to assemble a collection of letters from
only a few of the people who have been touched by Michael's depth of
character and genuine compassion for his fellow man. I KNOW THAT
YOU ARE PROBABLY A VERY BUSY MAN, BUT I REALLY HOPE THAT YOU
TAKE A FEW MINUTES AND READ EACH AND EVERY LETTER. I believe
this is crucial to your ability to make a fair and informed judgement in
regard to sentencing.

I have been married to Michael since 1974 (27 years). We met in
the tenth grade of high school. Two years after high school graduation,
Michael and I got married. I believe I know Michael better then
anyone.

Michael and I started Dr.'s Choice back in 1994. At the onset of
Dr.'s Choice, Michael and Germaine Easley ran the sales department
and I handled the customer service department and the shipping
department of the Dr.'s Choice product. I know that from the beginning
of this company, there was no intent to harm anyone. Michael has
never intentionally harmed anyone. It's not his nature to do so. We
opened the company without using any false references. After David
Kallen (one of the co-defendants) bought part of the company and was
ultimately placed in charge of the sales program, the false references
started.

Dr.'s Choice was a good weight loss product and vitamin
supplement. The wholesalers could resell the product in retail sales
locations for a profit. Within a year of starting the company, Dr.'s
Choice had $10,000.00 a month in just reorders. This would not have
happened if the company did not care about the wholesalers buying
the Dr.'s Choice products. As I stated before, the product was good
and the wholesalers could  make a profit. Dr.'s Choice returned every
phone call the customer service department received and helped
wholesalers. Many of the wholesalers had never retailed before. We
helped them learn to put this product into retail stores to sell their
product. Additionally, when ever a wholesaler did not succeed we
promptly refunded their money and bought back their product.

Dr.'s Choice sold a bottle of weight loss to a wholesaler for under
$6.00. When the FTC (Federal Trade Commission) took over Dr.'s
Choice, they raised the price and sold the same product for $8.00 to
the wholesalers.

I wrote all this to say, I know Michael had no intention on stealing from people. People who know Michael say he has the "gift of giving". If Michael knows of someone or something in need, he'll try to help. I remember a time in the late 1970's when Michael brought home a vagrant that he picked up hitch hiking. This man had recently been released from jail and Michael felt a desire to help him. He was with us a few months.

Another time in the 1980's he brought home a gentleman that he met wandering on the beach. This person was in his twenties. He had no shoes on his feet and had only the clothes on his back and was obviously suffering from some sort of mental or emotional disorder that was probably caused by drug use. Michael had him stay with us for a few days until he could get him into a program, Teen Challenge in Michigan. This was a 12 month live-in program that was designed to help him get counseling and hopefully help him start a new, drug free life. It is easy to help someone that you know. To have compassion for a "stranger" and fill their need takes a special person. I believe Michael is a special person.

Michael is a unique person. He has never set out to harm anyone. Michael maybe guilty of bad judgement but is not a criminal. We have found out recently that he has a mental condition called bi-polar-manic. This explains Michael's tremendous ability to come up with genius business plans, and his inability to continue to control details and see things through. I believe that this is what has always got him into trouble. He is currently in therapy that helps him manage the condition. The disorder only plagues people that are smart and Michael is smart enough to recognize the difference that the therapy makes. I am sure that the therapy along with Michael's recognition and acceptance of the condition will keep Michael from ever getting into trouble again.

I believe Michael has set things straight with the government by helping them in this case and also in other cases. Please also understand that for the past five years, we have had to put our life on hold; all the while thinking that Michael would be going to prison within the next few months. This has been a sentence on its own.

We presently have one grandchild (Asa) from our son, Michael. Asa Zoyes is two and a half years old. Michael and I learned last Friday that our daughter, Cortney, is carrying our second grandchild. I do not believe there will be any justice in sending Michael to prison. Even AUSA Larry Barfeld agrees with this. He has told us that he feels that in light of all the circumstances, Michael should receive a sentence of either probation or house arrest. To have him miss the birth of is only daughter's baby would not serve any purpose.

The biggest injustice in sentencing Michael to prison would be to his fifteen year old son, Robert Grant Zoyes. During the next few years Robert will be getting his drivers license, graduating high school, and starting college. These years are a turning point in every child's life. In Michael and my relationship, Michael is the disciplinary parent. I am the easier of the two. Without Michael to guide Robert during his challenging teenage years could cause my son great harm. During these years, many young adults experiment with drugs or/and alcohol. I would not want my son to miss having his father during this time which may change his life's direction.

The letters that I have put together are a cross section of only some of the people that know Michael. I could have assembled 3 or 4 times as many. I have included teenagers who Michael is helping get educated and keeping them on the straight and narrow; some young people in their twenties who Michael helped get to the productive lives that they are now living; and some more mature adults who can affirm Michael's honesty and character.

They each have a story of how Michael played a part in their life. I know that you do not know Michael. I hope that you will take the time and get to know Michael a little more and take everything into consideration when you sentence him on May 23rd.

I am asking you to consider a sentence of probation or house arrest for Michael. With this sentence he could be supervised which would satisfy the government and he could still be around his children (and the rest of the community) for his guidance and support.

I appreciate your time and consideration on this matter and I trust your judgement.

Sincerely,

Janice L. Zoyes
(954) 384-7226

To The Court,

My name is Michael Zoyes II, the son of Michael Zoyes. The reason for my letter to the court is to state that over the course of my 24 year old life my father has been nothing less than the best father a guy could ever hope for. He has been there for me from before I was born. Since then my father has devoted thousands of hours to my discipline, education, and development. That is what most fathers give their children. What really sets my father apart from the rest is the love that he has showed me over the last 24 years. And because of the love that my father and mother have given me I can love my young daughter the same way and show her how to do the same for her children. And I love my father unconditionally because of who he has been for me. From little league baseball to teaching me the word of God my dad has stepped up to the plate

Beside the fact of my father receiving the Best Dad Award, My Dad has been an exceptional citizen and friend to many people. He is one of the only people I have ever known that don't have any enemies. In fact I believe everyone that has ever had the pleasure to meet my father could and would say that he is a remarkable man. He is undoubtedly the most generous and positive person that I have ever met. That is probably because he puts himself in the shoes of others whenever he has the chance. And because of that he has taught me to do unto others as you would like done to you. I only hope that my younger brother has the chance to learn as much from him as I have. It is only what every child deserves.

Another concern of mine is that of my daughter. She is currently two and a half years old. Not only do I not want her to ever to remember her grandfather being in prison but I would like her to know her grandfather. I have never had the chance to know any of my grandparents. My mother's parents have lived in Michigan my whole life and my father's father left his family when my father was a young boy. That is yet another accomplishment to commend my father for. He has broken the chain of dysfunction in our father by implementing the responsibility his father never had. If I where writing a list of things like this about my father it would literally be endless.

Regarding my father's criminal behavior. I don't think that his behavior is criminal at all. The man ran a business to the best of his ability. And his ability and the job that he did is probably better than any most business owners

Sincerely,

Michael G. Zoyes II

April 10, 2001

Dear Judge Roetger,

My name is Cortney Zoyes. I am twenty-two years old. You are sentencing my father, Michael Zoyes, on May 23rd, 2001. I am writing this letter to ask for leniency in regards to his sentence. I would like to share with you how I feel about my father and what kind of man he is.

My father is a good and honest man who has taught me to be an honest person. Growing up with him as my father has benefited my life in so many ways. He has always been there to teach me right from wrong and guide me down the right path, even though that path has not always been an easy one. He was always there to encourage me through lives difficulties. I am very proud of the woman that I have become and I know that I owe that to him. I am still at the beginning of my life and I need him here with me to continue helping me and guiding me in the right direction. I need his advise and his wisdom, but most of all I need the encouragement that only he can give me because my father is not only my father. He is my best friend.

Growing up my father has not only been a father to me, he has been a father figure to many of my friends. On countless occasions he has helped out friends of mine that did not have parental figures of there own, or parental figures that just didn't care. He has taken friends of mine into his home when they had no where else to go and supported them, financially and emotionally.

We always had a full house growing up because not only did my father take in my friends in their times of need, he has also taken in many of our relatives who have faced hard times and did not have a home of their own.

My father has touched so many lives in a way that only he can, but his work is not done. I ask you to take into consideration the life of my younger brother. His name is Robert and he is fifteen years old. He is in tenth grade and needs my father's wisdom and guidance now more than ever. High school can be very difficult for kids. They are faced with many decisions that can alter their lives for good or bad. Teenagers have to deal with allot of peer pressure from other kids and they need guidance from someone older that they respect and look up to. They need the love and support from there father. Robert needs a chance to receive the same love and support from my father that he gave me when I was faced with the same pressures. Robert is just starting out his life and needs his father here to help him become a good and honest man.

Thank you for your time and I hope you will take into consideration what I have wrote.

Sincerely,

Cortney Zoyes

May 8, 2001

Dear Judge Roettger,

I am writing this because you are sentencing my father, Michael Zoyes on May 23, 2001. I am 15 years old and I go to Davie Academy High School. Before you sentence my father I would just like you to take in consideration my situation. If my father were to go away for a few years, it would be very hard on me especially at the age I am at now I am in high school and in high school there is a lot of pressure and my dad has always been great at teaching me what is right and what is wrong. He also watches out for me even though it might restrict me sometimes I always know that it is for the best. I am trying to say that my father is a very kind and generous man. I have a friend that had dropped out of high school and was going nowhere in life and my father saw that and, he sat him down and spoke with him about the importance of education, and he came to the conclusion that he would pay for him to go to a private school where he felt he would be able to succeed. His name is Pedro Santiago and he is still in school graduating next year and he is doing very well. He has also helped a lot of my other friends out in life by talking to them and helping them go to school. I would also like to say that in my life I have no bigger influence than my father and it would be hard to go through a portion of my life with him not being there. So not only will the sentencing of my father effect him, but it will also effect me and several other kids my age, because my friend Pedro will no longer be able to attend private school and I am sure that he would drop out with out my father. So I ask of you just to keep that in mind when you are sentencing my father.

Thank You

Robert Grant Zoyes

March 3, 2001

Dear Judge Roetger,

I am writing this on behalf of my son, Michael George Zoyes. He is a brilliant young man, however, he has in the past, on occassion made some serious mistakes in judgement. (He has paid dearly for this.)

Today he is kind and helpful to evryone he knows or meets. His house is open to anyone who needs help. He and his wife, Jan, have helped so many wayward and tormented teenagers. They have helped them spiritually, emotionally, and financially. To incarcerate him now would leave a void in so many lives.

I know God has forgiven his mistakes, and I pray that the justice system of this great land will forgive and also understand he has already paid a great debt to society.

Thank you for your consideration.

Respectfully,

Victoria Zoyes

04/10/01

To whom it may concern,

These are just a few of the many things, Michael Zoyes has
done or does to make this world a better place. Michael holds
other people in higher esteem than himself, and cares more for
their well being than his own. For instance I had at one time gotten
myself in debt, to a tough group of people who were for all
intensive purposes holding me against my own will. Michael put
his family and business on hold and risked even his own life,
drove over a thousand miles to where I was living, paid my debt,
moved me into his own home, without asking for a thing in return,
he then allowed me to stay at his home until I was ready to move
on. While we are on the subject of housing, he puts a new
perspective on this word.. Most governmental agencies would
require that someone prove that they are at poverty level before
allowing them to move into a housing  project. Michael on the
other hand has allowed people, related or not, to live in his home,
sit at his table, eat his food, provides shelter for their siblings, and
has even covered the cost of education for one who wanted more
for their child but could not afford it. We are not talking about just
a few obscure cases, rather I can remember on more then on 10
different occasions, friends who have called on Mike to help them
out for a weekend and it turned into a month or more of staying at
his hose. Then there are the relatives, countless times has he
helped them with a place to live.  Michael exemplifies Jesus in this
manner, he does not look for what people can do for him, instead
he does everything humanly possible to see that people are taken
care of.
  Even in the work place Michael, who has started many
businesses, looks out for the well being of his employees, has had
many on the job training programs where people with no prior

experience have become skilled, and even move on to work elsewhere in that field, where without that training, they never would have been able to. He is very tolerant of the short comings of people, while being a perfectionist himself. He is always striving to show people how they can better themselves, create stronger values for themselves and those around them. He is seldom thanked for what he does, not that he is looking for thanks, and more often than not if he gets jammed up and needs a hand, it seems these same people tend to turn away and are just to busy to help out, yet he continues to believe in people and will do so until the day he dies.

In regards to the trouble is in I can tell you that many times when Michael was getting ready to start a business he would tell me about his ideas. He has never set out to hurt anybody. That's not who he is. He always talked about how his idea would help people, not hurt them. He was always trying to provide a solution, not a problem.

In regards to the spiritual part of Michael, he is not ashamed of his faith. He knows his Creator, holds bible studies in his home, and will share the good news of salvation with anyone regardless of who they are.

In closing, I would just like to remind you that Michael is an asset to our community and country.

Paul Zoyes
904 221 9851

Dear Judge Roetger,

My Name is Zoye Gilliland . I am Mike Zoyes' kid sister. I am writing this letter because I live in St. Louis MO, so I can not be there on his behalf.

I would like to tell you that from the time I was a little girl Mike has always been a very generous and kind hearted man.

When my dad left he took over and helped my mom , my brothers and myself . Later when my first husband and I split he again was there to help me.

Throughout the years Mike and Jan have taken kids and adults into there home and given them whatever they needed; time , money and love .

My mom is almost seventy years old and I just don't know what would happen to her if Mike has to go away.

I know you have a very tough job and I am asking for your compassion and consideration when making your decision. I also know you are very busy and I thank you very much for taking the time to read this.

sincerely,


Zoye' Gilliland

Dear Judge,                                                          May 1 , 2001

Michael Zoyes is my father in law and the grandfather to my daughter.
He has been a part of my life for 5 years now and I know him very well.
He lives right around the corner from us and we see him on a daily
basis. For the past 3 years I have seen him develop a good business and
put all his heart and soul into it. If he is not at work he is at the
gym or with his family. He spends a lot of time with my husband (his
son) and whenever he can he takes his daughter's dog for a walk.
   My daughter is 2 & ½ and when the weekend comes or any night that he
can, he spends time with her. She adores him. He is an amazing
grandfather. He is a very religious man and has taught me a lot about
the Bible. He has held a lot of Bible Studies. He is not the type of
man that should go to jail.
   He has a 15 year old son who needs his dad right now. Michael keeps
his son in line and raises him as best as he can. If Michael were to go
away to jail, that could really affect this 15 year old boy and ruin a
lot of things.
   Maybe in the ways of the law these things don't matter, but when a
man like Michael has such a good influence on so many lives, I hope
another form of punishment could be considered. He isn't out there
killing people or doing crime. He's just trying to good for his family.
Please reconsider his punishment. People change and I believe he has.


                                    Sincerely,



                                    Lyndsey Kennedy Zoyes
                                    954-659-8658

April 17, 2001

Your Honor,

With all due respect, please allow my comments as to why we request your attention as to the sentencing of Michael Zoyes on May 23rd, 2001.

As a member of the family through marriage of my daughter to Michael's son, I do have an invested interest. My contact with this man has been nothing short of family gatherings, Including a wedding, holidays including Christmas, birthdays, Easter and best of all the birth of our first grandchild. What changes a man, be it in his actions or his intent, can only be proved by intending to do the right thing through his actions.

I believe we can fool some of the people some of the time but cannot fool all of the people all of the time. The birth of a child in itself is a look at ones self in all of its humility. But to witness the birth of a grandchild exudes humility and goes beyond our expectations.

My personal knowledge of this man is from meeting him four years ago. He is a man of faith and strong belief in a true Christian lifestyle. Not to say his past is not marred or faded by regrets.

We all have regrets. I am sure greed had a part in today's actions. I can only tell you as a grandmother and far enough removed family member through marriage, my experience tells me that Michael has a true feeling of remorse and if only he could change his past attitude he would.

His actions toward his future and his family has shown his intent on why I hope you show leniency and allowing Michael to stay within the family unit.

Thank-you for your valuable time,

Jane Ruggeri
(561) 852-6794

April 13, 2001

Dear Judge Norman Roetger,

Greetings. I hope this letter finds you well. I am writing on behalf of my brother, Michael George Zoyes, whose case you are scheduled to hear on May 23, 2001. I'd like to thank you in advance for taking the time to read this letter.

Being Mike's older brother, I've known him all his life. But the Mike I feel you should know about is the man I've seen develope during the past few years. During this time, Mike's oldest son has been married, and that union has now blessed my brother with his first grandchild. Some men become stable, that is, mature and responsible, upon fatherhood. For my brother Mike, it seems to have struck him more upon grandfatherhood. Better late than never. The change I've noticed in Michael has been radical, to say the least.

Also, it should be noted that my brother's youngest son, Bob, is 16 years old. During these times, I feel that it is essential for a teen to have both a mother and a father at home to offer him guidance and support as he looks toward manhood. I'm sure you agree.

Mike today is not the same man who committed the acts for which he is about to be sentenced. Your Honor, I hope and pray that you will bear this in mind when you make your decision.

Sincerely,

Steven W. P. Zoyes

1439 S. Ocean Blvd. #101

Pompano Beach, Florida

33062-7319

(phone)   954-786-5257

April 1, 2001

Dear Judge Roetger,

My name is Debra Miles. I am a good friend of both Jan and Michael Zoyes. In fact, I was living at their home until a few months ago. There became a period in my life (when I broke away from a bad relationship) that I needed a place to rest and regroup. Michael and Jan demanded I stay with them. I feel, that was the kindest thing friends could do. Since this occurred, I am on my own again, doing great.

During the months of living with the Zoyes Family, they made me feel part of their family. I believe that sentencing Michael to a term away from them would cause an extreme hardship. This does not exclusively mean financially. Bobby Zoyes is his 15-year-old son. Michael and Bobby are very close and at 15 years old, with no father at home, I believe would cause Bobby great harm.

Michael has two older children, Michael 24 years old, and Cortney 22 years old. He is also very close to them. Michael is married and has a two-year-old daughter. Michael lives about a mile from his parents and is over all the time. Michael's mother is close to 70 and lives alone. I know he help to support her.

Michael is a very sensitive man that looks over the people around him. Some people may limit this to their immediate family, but Michael does not. I know Michael may not have followed the letter of the law in the past but I believe his intention was not to harm anyone. I do not believe two wrongs make a right. Having Michael away from his family would cause harm. I believe there are ways to sentence Michael without having him way from his family. Please take this into consideration on May 23,2001.

Sincerely,

Debra Miles

Debra Miles
(954) 835-0653

May 04, 2001

Dear Judge,

I am a small business owner here in Broward County, and I have been for many, many years. Over the past six or seven years I have done business with Michael Zoyes on a pretty consistent basis. ( I sell and lease office machines.) Over the course of the past decade or so I have had the opportunity to meet and do business with literally thousands of business owners and managers.

I was recently told that Michael is involved as a defendant in a criminal fraud case. I was shocked to hear this. Shocked because over the years, as I've serviced Michael's equipment (on a monthly basis), I have gotten a pretty good picture of the kind of man that Michael is.

He is one of the most honest and caring people that I have ever had the opportrnity to do business with. For example, from time to time Michael has not had the money to pay his bill on time. Instead of coming up with excuses (like most customers) he has always taken the time to call me and tell me the truth; no matter how hard a truth it may have been. Moreover, he has always ultimately paid his bills. I wish I had more customers like Michael.

Additionally I have watched over the years as Michael has helped people in our community; from

sponsoring baseball teams to lending or giving money and or time or whatever he could to anyone that need help of any sort.

I don't know the details of the case but I do know that people like Michael do not belong in jail. Please consider my thoughts when deciding his sentence on the 23rd of May. I am going to try to attend his court hearing in case you would like to hear my thoughts first hand. In the meantime, please feel free to call me if you wish.

Thank you in advance for your consideration.

Brian Swartz
Clear Copy Systems Inc.
(954) 561-1084

May 02, 2001

To: Judge Norman C Roetger Jr.
From: Harley Bowen
Re: Michael Zoyes

Your Honor,

I have known and done business with Michael Zoyes for almost three
years. I was very surprised to hear that he had broken the law. I say
surprised because over the course of our business relationship I have
found him to be extremely honest and of the highest moral character.
When I questioned Michael about the infraction, he was very clear
about his guilt and more importantly his remorse. He admitted that he
made a series of bad judgments that if he had to do over, he would
definitely handle differently.

The ironic part of the whole thing is, as I understand the nature of the
crime, it appears to be a crime that would be committed by a greedy
person. Michael is most generous person that I have ever met and
frankly doesn't seem to be all that interested in gaining tremendous
wealth; legally or otherwise.

Nevertheless, I should mention that I know several people that know
Michael and each and everyone of them agree that Michael is anything
but greedy. He is actually a very benevolent, caring and giving person. I
of course do not know what your options, in regard to sentencing are,
but I would urge you to keep him free, if at all possible. I intend on
attending his sentencing hearing should you would care to discuss this
any further (or feel free to call me anytime).

Best regards,

Harley Bowen
954-599-5341

March 30th, 2001

Dear Judge Ruttgers,

On May 23rd of this year you will be sentencing
Michael Zoyes. I was very surprised to learn this.
I have known Michael for almost two years and have
found him to be one of the most honest people I
have ever met. Also, he is one of the kindest
people I have ever met. Every one that knows him
agrees. Many of us plan on showing up in court with
him to show our support. Please do not put him in
prison. Our community needs him.

Respectfully,

Janet Marzulillo
954 742 2067

April 11, 2001

Dear Judge,

I am the General Manager of C.M. Boomers, a local restaurant and tavern in Davie, Florida. I have know Michael Zoyes for around two and a half years, both on a personal and business level. I met Mike when he sold us advertising in his Magazine. During that time, I have grown to know Mike as the kind of guy that would go out of his way to help you. He would give you the shirt off his back.

I was amazed to find out that Mike is in trouble for anything, let alone being dishonest. I have found him one of the most honest people I have ever met. One time my company overpaid him for an ad and he brought it to our attention immediately. And the circumstances around the mistake were such that the overpayment would have probably gone unnoticed if Mike hadn't pointed it out to us.

I'm not alone in my opinion of Mike either. I know several people that also know Mike and they all share my opinion about him.
I don't know how your job works and what choices you have, but if you could not send Mike to prison, I think that you would be doing the community a service. I wish there were more people like Mike.

Thank you for taking the time to read my letter,

Ricardo Rodriguez
954-701-3396

April 10, 2001

Dear Judge Roetger,

I met Michael G. Zoyes a few years ago at a night club, Crickets, that Michael was managing. Since then, we have become good friends.

About a year ago I started working with both Michael and his wife at a company called Data Retrieval doing data impute. It was at work I heard Michael is being sentenced before you on May 23, 2001. I plan on attending the sentencing and I wanted to write this letter on his behalf.

Since knowing Michael the past few years, I believe he will to the community more good not being sentenced to a jail term. I know he is helping a few high school children in getting their diploma. His daughter, Cortney, also works at Data Retrieval along with his wife, which I can see they depend a lot on him. His son, Bobby, comes to work after school. Bobby is fifteen years old. At this age, a son needs a lot of guidance from his father, which I see Michael do daily with his Bobby. I believe if Michael receives a jail term, this will cause great harm to his son.

I felt a need to write this letter. I hope this helps you to understand Michael's family situation in hopes that you will sentence him with leniency on May 23rd, 2001.

Sincerely,

Stacey Working
(954) 746-7549

April 10, 2001

Dear Judge Roetger,

My name is Tim Pergola age twenty-four. I live down the street from the Zoyes family. I was in and out of their house all day long. Michael and Jan made there house a surrounding where all the kids felt comfortable. I have gone on vacations with them to the Keys and even skiing in Colorado.

Michael and Cortney (Michael and Jan's two older children) told me that their father, Michael, was being sentenced on May 23, 2001. I wanted to write this letter in support for Michael. He was always there for me growing up and I hope this letter will somehow help him. Please remember everyone he has helped through the years when sentencing Michael.

Sincerely,

Tim Pergola

April 11, 2001

Dear Judge Roetger,

My name is Justin Parrinello. I am twenty-four years old. I have known the Zoyes family since I was twelve years old. I am a very close friend to both Michael (age 24) and Cortney (age 22). Michael and Cortney are Michael Zoyes' two eldest children.

My parents divorced when I was a young child. I lived in the same neighborhood as the Zoyes family with my mother. The Zoyes house became my second home. I was always welcome. I spent many of meals around their dinner table and was made to feel like one of the family.

I have great memories of Michael Sr. playing baseball with the boys in the neighborhood. He would take us fishing. I remember going on vacation with the family down to the keys. What I am saying is that Michael Sr. was like my second dad. He was there for me when I needed someone for guidance and encouragement. When I went to college I received a scholarship that paid for everything but my books. All I needed to do was tell Michael and the money was in my pocket as I drove to school. I was grateful Michael was there for me growing up. I am presently a paramedic and EMT in Broward County. I am very proud of the person I grew into and believe I owe a lot of that to Michael and his family. He has not only helped me but he has helped a lot of my friends in the same way.

I ask you to be lenient on his sentence. I still visit the Zoyes house often and depend on the guidance and friendship I get from Michael Sr.

Sincerely,

Justin Parrinello

04/02/01


Your Honor,

I am writing to you because I found out that Mike Zoyes is in trouble and may have to go to prison. That would be terrible. Mike has been there for me for about the last ten years. I used to live with my sister and brother in law, across the street from Mike, and grew up with his kids. About seven years ago my sister got transferred to Jacksonville and Mike and Jan let me live with them for my last couple years of high school.

The whole time that I have known Mike he has always been the kind of guy that would help you with whatever you needed. He was the one that would keep all the kids in the neighborhood out of trouble when we were kids. If we did do something wrong Mike was always there to help us make it right. He helped us learn to fish and suba dive and play baseball and all sorts of stuff. He helped all of us stay on the straight and narrow.

I'm grown now and I've been gone from the neighborhood for a while now. I'm a licensed Automobile Mechanic for Maroone. I still stop by Mike's house sometimes though and he is still doing the same things for the younger kids. If you put him in prison it would hurt our community.

I'm planning on taking off work to go to Mike's court date to show support for him.


Yours truly,


Tim Mclaughlin
954-816-3640

April 11, 2001

Dear Judge Roetger,

My name is Richard Talley. I am twenty-four years old and I am the boyfriend of Michael Zoyes' daughter Cortney. Cortney and I have been dating for five years. I am also friends with Michael's elder son, Michael Jr. and have known Michael Sr. since I was fifteen. Michael Sr. has been a good friend to me. I lived in Fort Lauderdale with my older brother and sometimes had to live with friends because my parents moved back to their home in Georgia. I wanted to stay in Fort Lauderdale and finish school. Growing up with out living with my father for many years, Michael became like a father figure to me. He was always around the kids in the neighborhood playing baseball and just being a friend.

During the past five years that I have been dating Cortney, I have spent allot of time with Michael Sr. After only three months of dating Cortney, the transmission on my car broke and I didn't have the money to repair it. Without my car I had no way of getting to work each day. Michael Sr. gave me the money to repair my transmission.

Michael Sr. has excepted me like a son and has treated me as though I was one of the family. I remember going on vacation with the Zoyes family to the Keys and again on a skiing trip to Colorado. Within the next few years, Cortney and I plan to be married and I look forward to having Michael as my father-in-law. He is a wonderful man and a great friend.

I write this letter to ask for leniency for Michael when you sentence him on May 23rd, 2001. Please take into consideration what I have written and the importance and impact Michael has made on my life. He is needed here at home with his friends and family that depend on him for support and guidence.

Sincerely,

Richard Talley

May 1, 2001

Your Honor,

I have known Michael Zoyes for about one year. During that time, I have seen countless times where he has gone out of his way to help other people. I am very surprised to hear that he is in trouble with the law. The Michael that I know appears honest to a fault and seems to always put other people before himself.

If there is any way you could not put him in prison that would be good because many, many people would miss having him around to help.

Thank you for your consideration,

Dave Bessing,
954 270-4510

APRIL 16, 2001

DEAR JUDGE,

I HAVE KNOWN MICHAEL ZOYES FOR A COUPLE OF YEARS NOW; BOTH PROFESSIONALLY AND ON A PERSONAL BASIS. I AM A REGISTERED NURSE AND OVER THE YEARS HAVE, OF COURSE KNOWN HUNDREDS OF PEOPLE. I HAVE NEVER MET ANYONE MORE COMPASSIONATE THAT MICHAEL. HE IS ALWAYS HELPING OTHERS WITH THEIR PROBLEMS. FROM LOANING THEM MONEY TO HELPING THEM STAY CLEAN AND SOBER TO JUST LISTENING, HE IS ALWAYS THERE.

I UNDERSTAND THAT YOU WILL BE SENTENCING MICHAEL ON MAY 23RD AND THAT IT IS UP TO YOU AS TO WHETHER HE GOES TO PRISON OR GETS PROBATION. PLEASE DON'T SEND HIM TO PRISON. WE NEED HIM FREE IN OUR SOCIETY. FREE TO CONTINUE TO HELP ALL THE PEOPLE THAT HE HELPS.

THANK YOU FOR YOUR TIME,

Marlene Williams

MARLENE WILLIAMS
954 537-2129

April 8, 2001

Dear Judge Roetger,

My name is Chris Wakefield. I am twenty-nine years old. I work at Mac Arthur Dairy as a warehouse manager.

I heard that you were handling the case of Michael Zoyes on May 23rd. I will be attending on that date for my support.

Michael and his family were there for me six years ago. My family moved to Oregon and after the move I really missed Florida. I called and asked if I could move down. My plan was to stay with the Zoyes family for two weeks. During that time, I would get a job and find a place to live. Everything went according to plan. Except instead of moving out after two week, I lived there over one year. I never paid rent and was treated as part of the family. I remember Michael as being very encouraging during a hard period of my life I was going from job to job. Heading nowhere. With Michael's direction, I got a job at Brands Mart. I was there over a year. That might not seem like much to you but to me that was an accomplishment. After working at Brands Mart for over a year, I was able to apply and receive a much better job with MacArthur Dairy. I have been there over two years.

Growing up I lived with my mother. My parents are divorce. During the time I lived with Michael, I really needed direction. Michael seemed to fit the position. Without his help, I don't know where I would be today. I would appreciate if you would show Michael some compassion on May 23rd and keep him free.

Sincerely,

Chris Wakefield

04-03-01

Dear Judge Roettger,

I am a 24-yr. old man and work as a tech in the Airline Simulation industry in Miami. The reason I mention this is because my life and my career are both doing well. My future looks good.

I have known Michael Zoyes for about 11 years. since I was about 12 years old. My dad wasn't around a lot when I was a teen-ager. Mike was always there to give guidance and attention to my brothers and me as we were growing up. Don't get me wrong, he didn't try to be my dad, but he was always there with good advice about drugs, school, and all the stuff that young people need help and advice about.

Now that I'm an adult I still stop by Mike and Jan's house now and then and he's still there with advice. or just to talk. A lot of times when I stop by I see Mike with the new batch of teen-agers in the neighborhood. I see him throwing a ball around and passing out the same encouragement and advice that helped my friends and me when we were younger.

I found out that Mike is in trouble and may be going to prison. I really don't know the details but I do know that he will be missed by a lot of people. He does a lot of good things. Mike's wife Jan told me there is a court date on May 23rd. My twin brother Keith and me are going to be there in case you want to ask us any questions about the kind of guy Mike is. Please don't take Mike away.

Thank You.

Eric Silvus
954-817-3742

April 4, 2001

Your Honor,

My name is Janet Petitto. I am a small business owner in Broward County. I am also a close friend of Michael Zoyes. Your Honor, I have known Michael for almost seven years. In that time, he has helped me overcome and achieve many things. When I met Michael, I was a drug addict and alcoholic. He was the only person I had met in Florida who actually cared enough to help me get clean, without asking for anything in return. I have been drug free for six years and sober for two and a half years.

Michael has always guided me in the right path. I learned how to listen, how to be proud, confidant and self sufficient from Michael. I know it sounds like I'm putting him on a pedestal, but if it weren't for him, I truly believe I would not be writing at all.

Janet Petitto
954-817-0160

I know Michael very well and I know he would never intentionally hurt anybody in any way. On the other hand Michael is not perfect. As brilliant as he is when it comes to a business plan, as the plan starts unfolding, he seems to trust people too much with details. Plus, some of the people that he trusts, I think are the wrong people. He seems stubborn in his belief that everyone is basically good. He just doesn't see people the way most of us do, and I think that sometimes it has gotten him into hot water.

The road to recovery is a long one. Michael has helped me every step of the way. Today I am living a life I that once I only dreamed about. I know who I am and what I want to do with my life; largely thanks to Michael. In addition, I, too, would like to give something back. If anything was to happen to Michael, I don't know what I would do. As far as I have come in my life, as strong as I am, when I think about Michael not being around, I get the same feeling as when I was a kid and I imagined my parents dying.

Janet Petitto
954-817-0160

It's hard to explain and I don't know if other people ever think of that kind of stuff when their young, but I did and it's the same feeling. It would be a major loss for me. And our community at large. If Michael was not available to help. You see, your Honor, I don't really see Michael that often, but knowing he's a phone call away and knowing I could go to him at any time for anything helps keeps me rooted and productive. He's a great friend and I know that I'm not the only person who thinks so. I've seen him help countless people, strangers really. They're not writing you because they've gone on their way better off than before because Michael reached out.

I wish I had more friends like Michael. He's not one in a million, he's one in a billion.

Please keep him free.

Janet Petitto.

Janet Petitto
954-817-0160

05-06-01

Dear Judge,

I am a friend of Bobby Zoyes and his Dad Mike. Bobby told me that his dad is in trouble with the law and I'm sorry to hear that. Mike has always been a friend to all the kids in the neighborhood. He's tuff on us but he cares and you can always depend on him. I go to Academy High School because it's a great place to get ready for college and that's what I'm planning on doing.

Mike helped me get into school and he helps me pay the tuition. I'm working and I pay him back when I can, but if it weren't for Mike, I wouldn't be able to go. He also helps Paco, Casey and I think Shana pay for school. And he drives us to and from school when we need a ride. Please don't put Mike in jail. He helps all of us and we would miss him.

Yours truly,

Carlos Lopez

Carlos Lopez
389-7175

To Judge Roetger,                                        5-3-01

My name is Casey Thomas and I am a sophomore at Academy Senior High
School In Davie. I am good friends with Bobby Zoyes and his dad Mike. Mike
has done a lot of stuff to help me and a lot of our other friends too. He helps
my parents pay the tuition at my school and has done this for about two years.
I had a problem at the Public School and if it weren't for Mike I wouldn't be
able to finish high school, which I really want to do. Mike pays for other kids
to go to school too. Mike told us that he did a crime and that the law says that
he has to be punished and that this is the way it should be for our country to
keep working. He also said that he was sorry for what he did. I was hoping you
could not put him in jail. Bobbys mom says you could give him house arrest
instead of him going to jail. Please do this. He really helps us and we would
miss him.

Casey Thomas
954-384-1725

April 5, 2001


Dear Judge Roettger,

 I am 18 years old and am looking forward to graduating next year. I owe
this to Michael Zoyes. A couple years ago I was having trouble in public
school and I got expelled. When Mike found out about this he went to school
to try to get me back in but they still wouldn't let me back. Mike told me
how important an education is and what a difference it will make as I get
older.
 So Mike got me accepted to a private school where his son Bobby goes. The
name of it is Academy High School. I'm working hard and my grades are
pretty good. Mike has been paying the tuition for the school ever since I
started going there and has told me that he will keep paying as long as
apply myself.
 Bobby told me that his Dad might have to go to jail for something that he
wishes he didn't do. I hope he doesn't have to go because we would all miss
him and I would have to get GED instead of a diploma. Please try not to put
Mike in jail.


                                        Pedro (Paco) Santiago
                                        954-981-9891

April 17th, 2001

Your honor,

I just wanted to take a minute to let you know that I hope you don't put Michael Zoyes in prison. The reason for this is that he is the one person who really helped me get off drugs. A couple years ago I was hopelessly addicted to crack cocaine and I was also employed by Michael. When he found out that I was an addict, he didn't fire me. He helped me get clean. He helped me to see that my life is worth living and that I have the faith to be drug free.

I have been clean for almost two years now and I have every intention of staying clean, one day at a time, forever. I have my daughter back in my life (I lost her when I was using) and am in a promising relationship. I am living a good clean life and like I said I have Michael's friendship and help to thank for a big part of my recovery.

I don't know what Michael did wrong but I know he did right by me. Please think of this while you are deciding what will happen to him.

Yours truly,

Lori Blausey
954 449-4448