UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6254-CR-ROETTGER

UNITED STATES OF AMERICA

v

MICHAEL ZOYES



FILED by _____ D.C.

JUN 7 - 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for
TUESDAY JUNE 19, 2001 at 10:30 A.M. at the U.S. District
Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale,
Florida.

TYPE OF PROCEEDING:

SENTENCING

_____

CLARENCE MADDOX, CLERK

DATED: 6/07/01

BY: _____

Deputy Clerk