UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6254-CR-ROETTGER

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
v.                          )
                            )
MICHAEL ZOYES,              )
                            )
    Defendant.              )
_____)

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
### BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to 18 U.S.C. § 3553(e), and § 5K1.1 of the Sentencing Guidelines, the United States of America moves for a downward departure of MICHAEL ZOYES' guideline range, below the minimum sentence established by statute or guidelines, based on the substantial assistance he has provided to the Government. The defendant has provided substantial assistance in the investigation and prosecution of others involved in mail and wire fraud, and other criminal activity. The information provided by the defendant has been truthful and reliable. The defendant has provided assistance in a timely manner. The United States will make the full nature and extent of Defendant's cooperation known at sentencing.



WHEREFORE, the United States respectfully requests that this Court depart downward from MICHAEL ZOYES' guideline sentence range, below the minimum sentence established by statute or guideline for the substantial assistance he has provided.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *(signature)*
Laurence M. Bardfeld
Assistant United States Attorney
Florida Bar No. 712450
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3510
Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand delivered this 18th day of June, 2001, to: Daniel Forman, Esquire, 1401 Brickell Avenue, Suite 800, Miami, FL 33131.

Laurence M. Bardfeld
Assistant United States Attorney

3