FILED by _____ D.C.
JUN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6254-CR-NCR   Date: 6/19/01
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: present   Interpreter: _____
Plaintiff(s): U.S.A.   Counsel: Bardfeld

Defendant(s): M. Zayes (B)   Counsel: P. Foreman

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine, 30 months, joint & several rest., 3 yrs S.R. assessed $100.00   full-time leg. employ. no sec or invest, telemarketing, etc. complete financial info., prior app. for self-employ, no further

Misc.: debt, mental health / substance abuse program. ~~~~~~~~~~~~ Exec. of confinement Aug 17, 2001 by noon. South FL 5:30 in B.O.P.