FILING FEE
PAID 522659 - $105⁰⁰
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6254-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,

vs.

MICHAEL ZOYES,

    Defendant/Appellant.

_____/

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Defendant/Appellant, MICHAEL ZOYES, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the final judgment, conviction and sentence rendered in these proceedings on June 19, 2001.

DATED at Ft. Lauderdale, Florida this 19th day of June, 2001.

MARISA TINKLER MENDEZ, P.A.
MARISA TINKLER MENDEZ, ESQ.
901 Ponce deLeon Blvd. Suite 304
Coral Gables, Florida 33134
(305) 444-3747

DANIEL H. FORMAN, P.A.
DANIEL H. FORMAN, ESQ.
1401 Brickell Avenue Suite 800
Miami, Florida 33131
(305) 577-8888

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice of appeal was delivered by hand/mail to the Office of the United States Attorney, Appeals Division, 500 East Broward Blvd., Ft. Lauderdale, Florida, 33394 this 19th day of June, 2001.

BY: _____
MARISA TINKLER MENDEZ, ESQ.