```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
vs.                         )
                            )
MICHAEL ZOYES,              )    CASE NUMBER:
                            )    00-6254-CR-NCR
                            )
         Defendant.         )
                            )
```

Transcript of change of plea proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 13th day of March, 2001.

APPEARANCES OF COUNSEL:

| | |
|---|---|
| For the United States: | LARRY BARDFELD, AUSA<br>Fort Lauderdale, Florida |
| For the Defendant: | DANIEL FORMAN, ESQ.<br>Miami, Florida |
| Court Reporter: | Jerald J. Reeves, RPR |

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**