```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
vs.                        )
                           )
MICHAEL ZOYES,             )         CASE NUMBER:
                           )         00-6254-CR-NCR
                           )
          Defendant.       )
                           )
```

Transcript of sentencing proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 19th day of JUne, 2001.

APPEARANCES OF COUNSEL:

For the United States:    LARRY BARDFELD, AUSA
                          Fort Lauderdale, Florida

For the Defendant:        DANIEL FORMAN, ESQ.
                          Miami, Florida

Court Reporter:           Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**