

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.:00-6254-CR-ROETTGER
MAGISTRATE JUDGE SNOW

v.

MICHAEL ZOYES

_____/

### ORDER GRANTING JOINT MOTION TO EXTEND TIME OF VOLUNTARY SURRENDER

THIS CAUSE having come before the Court on the Defendant's and United States Joint Motion To Extend Time of Voluntary Surrender, and the court being otherwise fully advised in the premises here in, it is

ORDERED and ADJUDGED the motion be granted. The defendant, Michael Zoyes shall report to his designated institution for service of his sentence on October 19, 2001 on or before 2:00 p.m.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida on this ___7___ day of August, 2001.

NORMAN C. ROETTGER
UNITED STATES DISTRICT JUDGE

cc:   AUSA Larry Bardfeld
Daniel H. Forman, Esq.
U.S. Pretrial Services
U.S. Marshals
Frances Weisberg, U.S. Probation Officer
Michael Zoyes