**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS        Date: August 22, 2001
Eleventh Judicial Circuit           USDC # 00-6254-CR-NCR
56 Forsyth Street                   USCA # 01-13475-A
Atlanta, Georgia    30303
```

IN RE: **USA v. Zoyes**

==================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

       _2_ Volumes of Pleadings
       _2_ Volumes of Transcripts

       _X_ Exhibits:

          _1_ PSI (sealed)

                                       Sincerely,

         Clarence Maddox, Court Administrator/Clerk

                          By: _[signature]_
                                  Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

```
                                                     LSS      CLOSED
                                                     APPEAL
                        U.S. District Court
             Southern District of Florida (FtLauderdale)

             CRIMINAL DOCKET FOR CASE #: 00-CR-6254-ALL
```

USA v. Zoyes                                              Filed: 08/31/00
Dkt# in other court: None

Case Assigned to:  Judge Norman C. Roettger, Jr.

MICHAEL ZOYES (1)                 Daniel Hilton Forman
   defendant                         [term  06/20/01]
  [term  06/20/01]                 FTS 374-7915
                                   305-577-8888
                                   Suite 800
                                   [COR LD NTC ret]
                                   1401 Brickell Avenue
                                   Miami, FL 33131


Pending Counts:                          Disposition

18:371.F CONSPIRACY TO DEFRAUD    Defendant Sentenced to 30
THE UNITED STATES                 Months Imprisonment; 3 Years
(1)                               Supervised Release; Court
                                  recommends to the Bureau of
                                  Prisons South Florida and 500
                                  Hour Drug Treatment Program;
                                  Defendant shall surrender to
                                  the U.S. Marshal at 12:00 p.m.
                                  on 8/17/01; Restitution $7,547,
                                  730.58; Special Assessment
                                  $100.00
                                  (1)

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE


Docket as of August 22, 2001 10:56 am                    Page 1

[Certified to be a true and correct copy of the document on file. Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. By: [signature] Deputy Clerk. Date 8-22-01]

```
Proceedings include all events.                              LSS
0:00cr6254-ALL USA v. Zoyes                           CLOSED APPEAL

MICHAEL ZOYES

        defendant


========================
USA

        plaintiff

U. S. Attorneys:

   Laurence M. Bardfeld, AUSA
   FTS 356-7336
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255

   PTS Officer
   FTS 769-5669
   954-769-5600
   [COR LD NTC]
   Pretrial Services Office
   299 E Broward Boulevard
   Suite 301
   Fort Lauderdale, FL 33301
   954-769-5600

   Probation Officer
   FTS 769-5566
   954-769-5500
   [COR LD NTC]
   United States Probation Office
   299 E Broward Boulevard
   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6254-ALL USA v. Zoyes                                 CLOSED APPEAL

8/31/00   1      INFORMATION as to  Michael Zoyes (1) count(s) 1 (Criminal
                 Category 1) (pb) [Entry date 09/01/00]

8/31/00   --     Magistrate identification:  Magistrate Judge Lurana S.Snow
                 (pb) [Entry date 09/01/00]

9/27/00   2      Minutes of initial appearance on information held on
                 9/27/00 before Magistrate Barry S. Seltzer as to Michael
                 Zoyes; Court Tape #073/1645-2120 (mh) [Entry date 09/28/00]

9/27/00   --     PLEA entered by Michael Zoyes. Court accepts plea. NOT
                 GUILTY: Michael Zoyes (1) count(s) 1 (mh)
                 [Entry date 09/28/00]

9/27/00   3      ORDER on Initial Appearance as to Michael Zoyes; Bond set
                 to $100,000 PSB for Michael Zoyes before Magistrate Barry
                 S. Seltzer, , (Signed by Magistrate Barry S. Seltzer
                 on 9/27/00)  CCAP (mh) [Entry date 09/28/00]   Beg. Vol.1

9/27/00   4      WAIVER OF INDICTMENT by Michael Zoyes (mh)
                 [Entry date 09/28/00]

9/27/00   5      NOTICE of Appearance for Michael Zoyes by Attorney Daniel
                 Hilton Forman (mh) [Entry date 09/28/00]

9/27/00   6      ARRAIGNMENT INFORMATION SHEET for NOT GUILTY PLEA ENTERED
                 as to all counts. Court accepts plea. (mh)
                 [Entry date 09/28/00]

9/27/00   7      APPEARANCE BOND entered by Michael Zoyes in Amount of
                 $100,000 Approved by Magistrate Barry S. Seltzer. Surrender
                 passports/travel documents; directed Random urine testing;
                 Full-time employment; Educational program; Avoid
                 victims/witnesses; No firearms/weapons; Do not dispose of
                 real/personal property;  Additional conditions: reside as
                 current address, no illegal drugs or alcohol, counseling for
                 emotional or substance abuse (mh) [Entry date 09/28/00]
                 [Edit date 09/28/00]

9/27/00   8      STANDING DISCOVERY ORDER as to Michael Zoyes all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Judge Norman C.
                 Roettger Jr. on 9/27/00)  CCAP (mh) [Entry date 09/28/00]

9/27/00   9      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Michael Zoyes before Magistrate Barry S. Seltzer
                 (Signed by Magistrate Barry S. Seltzer on 9/27/00) CCAP
                 [EOD Date: 9/28/00] CCAP (mh) [Entry date 09/28/00]

10/19/00  10     NOTICE of Hearing as to Michael Zoyes :   set calendar call
                 for 10:30 11/17/00 for Michael Zoyes   before Judge Norman
                 C. Roettger Jr., set Jury trial for 11/20/00 for Michael
                 Zoyes   before Judge Norman C. Roettger Jr. (dp)
                 [Entry date 10/20/00]
```

Proceedings include all events.                                              LSS
0:00cr6254-ALL USA v. Zoyes                                          CLOSED APPEAL

vol. 1 cont.

| | | |
|---|---|---|
| 11/2/00 | (11) | MOTION by Michael Zoyes to continue Trial Date (aj) [Entry date 11/03/00] |
| 1/19/01 | (12) | NOTICE of Hearing as to Michael Zoyes : setting calendar call for 10:00 2/20/01 for Michael Zoyes before Judge Norman C. Roettger Jr. (aj) [Entry date 01/23/01] |
| 1/23/01 | (13) | ORDER as to Michael Zoyes granting [11-1] motion to continue Trial Date as to Michael Zoyes (1) ( Signed by Judge Norman C. Roettger Jr. on 1/22/01) CCAP [EOD Date: 1/25/01] CCAP※ (mh) [Entry date 01/25/01] |
| 2/5/01 | (14) | MOTION by Michael Zoyes to continue trial date (ss) [Entry date 02/07/01] |
| 2/20/01 | (15) | Minutes of Calendar Call held on 2/20/01 before Judge Norman C. Roettger Jr. as to Michael Zoyes; Change of Plea 3/9/01 at 10:00; Court Reporter Name or Tape #: Reeves (ss) [Entry date 02/22/01] |
| 2/20/01 | -- | Calendar call as to Michael Zoyes held (ss) [Entry date 02/22/01] |
| 3/13/01 | (16) | Minutes of Plea held on 3/13/01 before Judge Norman C. Roettger Jr. as to Michael Zoyes; GUILTY: Michael Zoyes (1) count(s) 1; Sentencing 5/23/01 at 1:30; Court Reporter Name or Tape #: Reeves (ss) [Entry date 03/14/01] |
| 3/13/01 | -- | Change of Plea Hearing as to Michael Zoyes held (ss) [Entry date 03/14/01] |
| 3/13/01 | (17) | Plea Agreement as to Michael Zoyes (ss) [Entry date 03/14/01] |
| 3/13/01 | (18) | NOTICE of Hearing as to Michael Zoyes: Setting Sentencing for 1:30 5/23/01 for Michael Zoyes before Judge Norman C. Roettger Jr. (ss) [Entry date 03/14/01] |
| 5/17/01 | (19) | MOTION by Michael Zoyes to continue Reset Sentencing Date (aj) [Entry date 05/17/01] |
| 5/17/01 | (20) | ORDER as to Michael Zoyes granting [19-1] motion to continue Reset Sentencing Date as to Michael Zoyes (1); Sentencing will be re-noticed ( Signed by Judge Norman C. Roettger Jr. on May 17, 2001) [EOD Date: 5/21/01] CCAP※ (aj) [Entry date 05/21/01] |
| 6/6/01 | (21) | NOTICE of filing (letters to be considered at sentencing) by Michael Zoyes (ss) [Entry date 06/07/01] |
| 6/6/01 | 22 | OBJECTIONS by Michael Zoyes to Presentence Investigation Report (ss) [Entry date 06/07/01] |

vol. 2

```
Proceedings include all events.                              LSS
0:00cr6254-ALL USA v. Zoyes                       Vol.1 Cont. CLOSED APPEAL
```

| Date | Doc # | Entry |
|---|---|---|
| 6/7/01 | 23 | NOTICE of Hearing as to Michael Zoyes Setting Sentencing for 10:30 on 6/19/01 for Michael Zoyes before Judge Norman Roettger Jr. (mh) [Entry date 06/15/01] |
| 6/19/01 | 24 | MOTION by USA as to Michael Zoyes for downward departure (aj) [Entry date 06/19/01] |
| 6/19/01 | 25 | Minutes of Sentencing held on June 19, 2001 before Judge Norman C. Roettger Jr. as to Michael Zoyes ; Court Reporter Name: Reeves. (aj) [Entry date 06/20/01] |
| 6/20/01 | 26 | JUDGMENT as to Michael Zoyes (1) count 1. Defendant Sentenced to 30 Months Imprisonment; 3 Years Supervised Release; Court recommends to the Bureau of Prisons South Florida and 500 Hour Drug Treatment Program; Defendant shall surrender to the U.S. Marshal at 12:00 p.m. on 8/17/01; Restitution $7,547,730.58; Special Assessment $100.00 , Michael Zoyes (1) count(s) 1. Defendant Sentenced to 30 Months Imprisonment; 3 Years Supervised Release; Court recommends to the Bureau of Prisons South Florida and 500 Hour Drug Treatment Program; Defendant shall surrender to the U.S. Marshal at 12:00 p.m. on 8/17/01; Restitution $7,547,730.58; Special Assessment $100.00 ( Signed by Judge Norman C. Roettger Jr. on 6/19/01) CCAP [EOD Date: 6/20/01] CCAP (aj) [Entry date 06/20/01] |
| 6/20/01 | -- | Sentencing held Michael Zoyes (1) count(s) 1 (aj) [Entry date 06/21/01] |
| 6/20/01 | 27 | NOTICE OF APPEAL by Michael Zoyes re: [26-1] judgment order EOD Date: 6/20/01; Michael Zoyes (1) count(s) 1; Filing Fee: $ 105.00 Receipt #: 522659 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 06/21/01] |
| 6/21/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Michael Zoyes [27-1] appeal (gf) [Entry date 06/21/01] |
| 6/29/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Michael Zoyes Re: [27-1] appeal USCA Number: 01-13475-A (dl) [Entry date 07/02/01] |
| 7/12/01 | 28 | TRANSCRIPT INFORMATION FORM as to Michael Zoyes re: [27-1] appeal received from the Court Reporter Coordinator. (Forwarded back to Court Reporter Coordinator) (gp) [Entry date 07/17/01] |
| 7/25/01 | 29 | TRANSCRIPT filed as to Michael Zoyes of Plea Proceedings held 3/13/01 before Judge Norman C. Roettger, Jr. Volume #: 1 Pages: 1-16 re: [27-1] appeal . Appeal record due on 8/9/01 for Michael Zoyes (gf) [Entry date 07/25/01] Vol.3 |

```
Proceedings include all events.                              LSS
0:00cr6254-ALL USA v. Zoyes                           CLOSED APPEAL
```

| | | |
|---|---|---|
| 7/25/01 | 30 | TRANSCRIPT filed as to Michael Zoyes of Sentencing Proceedings held 6/19/01 before Judge Norman C. Roettger, Jr. Volume #: 1  Pages: 1-29  re: [27-1] appeal . Appeal record due on 8/9/01 for Michael Zoyes (gf) [Entry date 07/25/01] |
| 8/2/01 | (31) | JOINT MOTION by Michael Zoyes & AUSA to continue (Extend Time) of Voluntary Surrender (aj) [Entry date 08/02/01] |
| 8/20/01 | (32) | ORDER as to Michael Zoyes granting [31-1] motion to continue (Extend Time) of Voluntary Surrender as to Michael Zoyes (1) ( Signed by Judge Norman C. Roettger Jr. on 8/7/01) [EOD Date: 8/21/01] CCAP※ (lh) [Entry date 08/21/01] |
| 8/22/01 | (33) | Certificate of readiness transmitted to USCA as to Michael Zoyes re: [27-1] appeal by Michael Zoyes USCA # 01-13475-A (dl) [Entry date 08/22/01] |

Vol.4
Vol. 1 cont.
End. Vol. 1