| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | Case No.:00-6254-CR-ROETTGER |
| v. | ORDER |
| MICHAEL ZOYES, | |
| Defendants.           / | |



**THIS CAUSE** is before the Court upon plaintiff's request for certification regarding resentencing. Upon consideration of the request, and the record herein, it is

**ORDERED AND ADJUDGED** that plaintiff's request for certification regarding resentencing is **DENIED**.

**DONE AND ORDERED** this __18__ day of __March__, 2002.

```
NC Roettger
```
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

