UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6254-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ZOYES,

    Defendant.
_____/



### NOTICE OF ASSIGNMENT

The United States of America, through the undersigned Assistant United States Attorney, respectfully notifies the Court of assignment of the above-captioned case to the undersigned Assistant United States Attorney.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255., Ext. 3512
Facsimile: (954) 356-7336
E-Mail: Kathleen.Rice@usdoj.gov



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of September 10, 2002 to Daniel Forman, Esq., 1401 Brickell Avenue, Suite 800, Miami, Florida 33131-3501.

*Kathleen Rice*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

cc: Pre-Trial Services
    Case Agent