UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6254-CR-ROETTGER/SELTZER

UNITED STATES OF AMERICA )
)
)
)
v. )
)
MICHAEL ZOYES, )
)
    Defendant. )
_____)

**GOVERNMENT'S NOTICE OF UNAVAILABILITY**

    The United States, by and through the undersigned Assistant United States Attorney, hereby notifies the Court and the parties that the undersigned will be out of the district from October 23, 2002 through October 29, 2002, and respectfully requests that no trials, hearings, motions, or other matters be set during this time period.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

By: _____
    KATHLEEN RICE
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 100765
    500 East Broward Blvd., 7th Floor
    Fort Lauderdale, Florida 33394
    Tel: (954) 356-7255 ext. 3512
    Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 25th day of September, 2002 to: Daniel Forman, Esquire, 1401 Brickell Avenue, Suite 800, Miami, Florida 33131.

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY