UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL ZOYES

_____/

CASE NO.:00-6254-CR-ROETTGER
MAGISTRATE SELTZER

### MICHAEL ZOYES' REQUEST FOR HEARING ON HIS EMERGENCY MOTION FOR BOND PENDING RE-SENTENCING

The Defendant, Michael Zoyes, by and through his undersigned counsel, and pursuant to 18 U.S.C. § 3143 (a) and U.S. District Court Local General Rule 7.1E, hereby respectfully files this REQUEST FOR HEARING on his previously filed emergency motion for bond pending his re-sentencing in this case. In support of this motion, the defendant states the following:

1. On or about August 30, 2002 defendant Michael Zoyes filed an emergency motion for bond pending his re-sentencing in his case.

2. Thereafter, the undersigned attempted to communicate with the Office if the United States Attorney in order to discuss the contents of the emergency motion and determine the United States Attorney's Office's position on the motion.

3. Approximately two (2) weeks after the motion was filed, the undersigned learned that AUSA Kathleen Rice was assigned to this case. One of the



undersigned counsels spoke with Ms. Rice, and was advised that she was contacted by the Court's Judicial assistant regarding a response to the motion filed by the Defendant. Ms. Rice explained that the response was forthcoming.

4. The undersigned has not received a response from the government to the emergency bond motion. Given the Eleventh Circuit's opinion, the nature of the motion, and the particular unique facts involved in the case, the undersigned counsels respectfully seek a prompt and immediate hearing on the motion for bond pending re-sentencing.

5. Again, as this Court may recall, at all times during the pre-sentencing phase of the case, and four (4) months after the sentencing, Mr. Zoyes was permitted to remain free on bond. Then, Mr. Zoyes was permitted to voluntarily surrender to his designated correctional facility, FCI Miami, Camp, on October 19, 2001.

6. Mr. Zoyes abided completely with all of the bond conditions set, and was a model "supervisee".

7. Michael Zoyes has already served nearly twelve (12) months in Federal Custody. As such, he has already served about one-half (½) of the original thirty (30) month sentence imposed.

8. Given the opinion of the Court of Appeals, it is conceivable that Mr. Zoyes may be re-sentenced to a lesser term of imprisonment than the original sentence. Zoyes previously argued that the victims' did not

suffer <u>any</u> loss, and, therefore, his offense level would not be increased from the base offense level.

9. In fact, should it be determined that there was no loss attributable to Michael Zoyes, no restitution should be ordered, and, the total sentencing offense level must be corrected to a level 8, with a corresponding sentencing guideline range of 10 to 16 months imprisonment. As a result, Michael Zoyes would be eligible to be re-sentenced to a term of credit for time served, given the fact that the District Court must still consider the downward departure motion filed by the government given his prior substantial assistance.

10. Based on the foregoing, it is not unreasonable to seek a pre-sentencing bond for Mr. Zoyes. He poses absolutely no risk to the community, and will not flee. He has already served a significant period of time in prison on his original sentence. He was always previously on bond pending sentencing, and, post-sentencing for nearly five months. He voluntarily surrendered. And, it is possible that, when re-sentenced, he will be re-sentenced to a term of imprisonment equivalent to the time he has already served in prison. Further incarceration, pending sentencing, at this point seems unfair and unjust.

11. Finally, although not mentioned in the earlier Motion, Mr. Zoyes' only daughter is getting married on October 18, 2002. He desperately would like to be with his daughter and family on this special day.

WHEREFORE, based on the foregoing, it is respectfully requested that this Honorable Court set this matter for hearing at this time.

Respectfully Submitted,

DANIEL H. FORMAN, P.A.
1401 Brickell Avenue
Suite 800
Miami, Florida 33131
Telephone (305) 577-8888
Fax: (305) 374-7915

By: _____
    DANIEL H. FORMAN, Esquire
    Florida Bar No.: 229261


MARISA TINKLER MENDEZ, P.A.
901 Ponce De Leon Blvd.
Suite 304
Coral Gables, Florida 33134
Telephone (305) 444-3747

By: _____
    MARISA TINKLER MENDEZ, Esquire
    Florida Bar No.: 586455


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion for bond and report re: counsel was delivered by mail this __2__ day of October, 2002 to the Office of the United States Attorney, and Assistant United States Attorney Kathleen Rice, 500 East Broward Blvd., 7th floor, Ft. Lauderdale, Florida 33394-3002, and U.S. Probation Officer Frances Weisberg, Federal Courthouse Bldg., 299 East Broward Blvd., Room 409, Ft. Lauderdale, Florida 33301-1865.

By: _____
    DANIEL H. FORMAN, Esquire