FILED By _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6254-CR-ROETTGER

UNITED STATES OF AMERICA

v

MICHAEL ZOYES                                    NOTICE

_____/

    TAKE NOTICE That a proceeding in this case has been set for
TUESDAY OCTOBER 22, 2002 at 1:30 P.M. at the U.S. District
Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale,
Florida.

TYPE OF PROCEEDING:

        RE-SENTENCING ( THE GOVERNMENT IS TO WRIT THE DEFENDANT IN
FOR THIS HEARING)

                    CLARENCE MADDOX, CLERK

DATED: 10/7/02

                    BY: _____

                        Deputy Clerk