UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6254-CR-ROETTGER



UNITED STATES OF AMERICA            )
                                    )
                                    )
vs.                                 )
                                    )
                                    )
MICHAEL ZOYES                       )
_____ )

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
EMERGENCY MOTION FOR BOND PENDING RE-SENTENCING**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files its response to the defendant, Michael Zoyes' emergency motion for bond pending re-sentencing. For the reasons set forth herein, the Government respectfully requests that the defendant's motion be denied and that the defendant be sentenced to the same term of incarceration previously imposed.

The instant matter was remanded by the Eleventh Circuit Court of Appeals for a determination as to the proper amount of the loss sustained by victims of the fraud perpetrated by the defendant and others. Originally, this Court had found that the amount of the loss was $7,547,730.58. In its remand, the Eleventh Circuit directed the Court to "subtract the value of the goods from the revenue earned by the defendants in calculating the amount of the victims' loss."

The government has re-calculated the amount of the loss pursuant to the instructions set forth in the remand. Based on an extensive review of the bank records in this case, the value of



the goods to the victims has been determined to be $877,349.89. Consequently, the total amount of the loss is $6,670,380.69.

Because this new loss figure fits squarely in the range for the offense level provided in the Presentence Investigation Report, the defendant is not entitled to any reduction in the offense level. Accordingly, the defendant's term of incarceration should stand as originally imposed and the defendant should not be granted any type of bond or release.

WHEREFORE, the Government respectfully requests that the defendant's motion for bond pending re-sentencing be denied.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 100765
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, FL 33394
Tel: (954) 356-7255, ext. 3512
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile this 21st day of October, 2002, to: Daniel Forman, Esquire, 1401 Brickell Avenue, Suite 800, Miami, Florida 33131; and Carolyn Darville, United States Probation Office, 299 East Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301.

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY