

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6254-CR-NCR    Date: 10/22/02
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: present    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Bier

Defendant(s): M. Zayes (J)    Counsel: P. Freman
                                       M. Mendez

Reason For Hearing: Re-sentencing

Result of Hearing/Judgment: Mot for bond - Denied. Memo to be filed w/ 30 days.

Misc.: _____

