|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | Case No.:00-6254-CR-ROETTGER |
| v. |  |
| MICHAEL ZOYES, | **ORDER** |
| Defendant._____/ |  |

**THIS CAUSE** is before the Court upon defendant's emergency motion for bond pending re-sentencing. Upon consideration of the request, the record herein, and the reasons stated in open court on October 22, 2002, it is

**ORDERED AND ADJUDGED** that defendant's request for bond pending resentencing is **DENIED**.

**DONE AND ORDERED** this __12__ day of ____Nov____, 2002. *nunc pro tunc 22 Oct 2002*

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

