


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6254-CR-ROETTGER
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ZOYES,

    Defendant.
_____/

NOTICE OF APPEAL OF DISTRICT COURT ORDER DENYING DEFENDANT'S MOTION FOR BOND PENDING RE-SENTENCING

NOTICE IS HEREBY GIVEN that the Defendant/ Appellant, MICHAEL ZOYES, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, form order of the District Court rendered in these proceedings on October 22, 2002 denying his motion for bond pending re-sentencing.

DATED at Miami, Florida this 12th day of Novemember 2002.

                Respectfully Submitted,
                MARISA TINKLER MENDEZ. P.A.
                901 Ponce De Leon
                Suite 304
                Miami, Florida  33134
                (305) 444-3747

                By: _____
                MARISA TINKLER MENDEZ, Esquire
                Florida Bar No.: 586455

Respectfully Submitted,
DANIEL H. FORMAN, ESQUIRE
1401 Brickell Avenue
Suite 800
Miami, Florida 33131
(305) 577-8888
Fax: (305) 374-7915

By: _____
DANIEL H. FORMAN, Esquire
Florida Bar No.: 229261

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing emergency appeal of the District Court order denying bond was delivered by mail this 12th day of November, 2002 to the Office of the United States Attorney, and Assistant United States Attorney Kathleen Rice, 500 East Broward Blvd., 7th floor, Ft. Lauderdale, Florida 33301.

By _____
Marisa Tinkler Mendez, Esquire