IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,              )
                               )
vs.                            )
                               )
MICHAEL ZOYES,                 )    CASE NUMBER:
                               )    00-6254-CR-NCR
        Defendant.              )
                               )

Transcript of sentencing proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 22nd day of October, 2002.

APPEARANCES OF COUNSEL:

  For the United States:        KATHLEEN RICE, AUSA
                                Fort Lauderdale, Florida

  For the Defendant:            DANIEL FOREMAN, ESQ.
                                MARISA MENDEZ, ESQ.
                                Miami, Florida


  Court Reporter:               Jerald J. Reeves, RPR

  Proceedings recorded by mechanical stenography.

  Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**