FILED BY _____ D.C.

2002 DEC 12 PM 2:21

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

December 10, 2002

RE: 02-16216-E     USA v. Michael Zoyes
DC DKT NO.: 00-06254 CR-NCR

TO:   Clarence Maddox

CC:   Marisa Tinkler Mendez

CC:   Daniel H. Forman

CC:   Kathleen Rice

CC:   Marcos D. Jimenez

CC:   Anne R. Schultz

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

December 10, 2002



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 02-16216-E    USA v. Michael Zoyes
DC DKT NO.: 00-06254 CR-NCR

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings.
JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

Upon completion of remand proceedings, please promptly send a certified copy of the ORDER ON REMAND accompanied by an updated indexed district court docket sheet to this office.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Enclosures:

Volume(s) of Record

Box(es) of Exhibits

Envelope(s) of Exhibits

## LIMITED REMAND

CLK-3 (8-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 02-16216-E

---

UNITED STATES OF AMERICA,

                                          Plaintiff-Appellee,

versus

MICHAEL ZOYES,

                                          Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: ANDERSON, BLACK and CARNES, Circuit Judges.

BY THE COURT:

Now pending before the Court is Appellant's emergency appeal of the District Court's Order denying Appellant's release pending re-sentencing.

This matter is REMANDED to the District Court for the limited purpose of entry of an order addressing whether Appellant should be detained or released pursuant to the standards set forth in 18 U.S.C. § 3143(a).