UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL ZOYES,

        Defendant.  _____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:00-6254-CR-ROETTGER

**ORDER**

**THIS CAUSE** is before the Court upon remand from the Eleventh Circuit for the limited purpose of entry of an order addressing whether defendant should be detained or released pursuant to the standards set forth in 18 U.S.C. § 3143(a). This Court denied defendant's motion for bond pending re-sentencing at a hearing on October 22, 2002. A written order to this effect was entered November 12, 2002.

The relevant statute reads in part that "a judicial officer shall order that a person who has been found guilty of an offense. . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or )." 18 U.S.C. § 3143(a)(1). In the instant case, defendant plead guilty to a one count information charging conspiracy to commit wire and mail fraud, in violation of 18 U.S.C. §§ 371, 1341, 1343. Defendant was sentenced to 30 months prison term and ordered to pay restitution in the amount of $7,547,730.58.

On appeal, the Eleventh Circuit remanded the case to this



Court, ordering a recalculation of the restitution amount. The length of defendant's prison term may or may not be related to the recalculation of restitution. It is the opinion of this Court that given the potential amount of restitution owed by the defendant, he has not demonstrated by clear and convincing evidence that he is not likely to flee. Additionally, if defendant were to be released on bond pending re-sentencing, the likelihood exists that defendant would flee in an attempt to avoid returning to prison upon the re-sentencing.

**ORDERED AND ADJUDGED** that defendant's request for bond pending re-sentencing is **DENIED**.

**DONE AND ORDERED** this 14 day of Jan., 2003.

_____
NORMAN C. ROETTGER
**UNITED STATES DISTRICT COURT JUDGE**

cc: counsel of record