

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

February 07, 2003

RE: 02-16216-E    USA v. Michael Zoyes
DC DKT NO.: 00-06254 CR-NCR

TO:  Clarence Maddox

CC:  Anne R. Schultz

CC:  Marisa Tinkler Mendez

CC:  Daniel H. Forman

CC:  Kathleen Rice

CC:  Marcos D. Jimenez

CC:  Administrative File

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

February 07, 2003



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale  FL  33301

RE: 02-16216-E     USA v. Michael Zoyes
DC DKT NO.:  00-06254 CR-NCR

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Encl.

DIS-4  (8-2002)

*L55*

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 07 2003

THOMAS K. KAHN
CLERK

No. 02-16216-E

00-6254-cr-NCR

UNITED STATES OF AMERICA,

                                  Plaintiff-Appellee,

versus

MICHAEL ZOYES,

                                  Defendant-Appellant.

-----------------------------

On Appeal from the United States District Court for the
Southern District of Florida

-----------------------------

BEFORE: ANDERSON, BLACK and CARNES, Circuit Judges.

BY THE COURT:

Appellant's motion for release pending re-sentencing is DENIED.

As no further issues remain in this appeal, the Clerk is directed to close this appeal.

FILED by _____ D.C.
FEB 11 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By /s/ _____
Deputy Clerk
Atlanta, Georgia