FILED by _____ D.C.

MAR 10 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6254-CR-ROETTGER

UNITED STATES OF AMERICA

v

MICHAEL ZOYES                                          NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for MONDAY APRIL 7, 2003 at 1:30 P.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

RE-SENTENCING

CLARENCE MADDOX, CLERK

DATED: 3/10/03

BY: _P. Hart_____

Deputy Clerk

51
50

WHEREFORE, based on the foregoing, it is respectfully requested that this Honorable Court set this matter for hearing at this time.

Respectfully Submitted,

DANIEL H. FORMAN, P.A.
1401 Brickell Avenue
Suite 800
Miami, Florida   33131
Telephone (305) 577-8888
Fax: (305) 374-7915

By: _____
DANIEL H. FORMAN, Esquire
Florida Bar No.: 229261

MARISA TINKLER MENDEZ, P.A.
901 Ponce De Leon Blvd.
Suite 304
Coral Gables, Florida 33134
Telephone (305) 444-3747

By: _____
MARISA TINKLER MENDEZ, Esquire
Florida Bar No.: 586455

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion for bond and report re: counsel was delivered by mail this ___2___ day of October, 2002 to the Office of the United States Attorney, and Assistant United States Attorney Kathleen Rice, 500 East Broward Blvd., 7th floor, Ft. Lauderdale, Florida 33394-3002, and U.S. Probation Officer Frances Weisberg, Federal Courthouse Bldg., 299 East Broward Blvd., Room 409, Ft. Lauderdale, Florida 33301-1865.

By: _____
DANIEL H. FORMAN, Esquire

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6254-CR-ROETTGER/SELTZER

UNITED STATES OF AMERICA   )
                           )
                           )
                           )
v.                         )
                           )
MICHAEL ZOYES,             )
                           )
        Defendant.         )
_____)

### GOVERNMENT'S NOTICE OF UNAVAILABILITY

The United States, by and through the undersigned Assistant United States Attorney, hereby notifies the Court and the parties that the undersigned will be out of the district from October 23, 2002 through October 29, 2002, and respectfully requests that no trials, hearings, motions, or other matters be set during this time period.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 ext. 3512
Fax: (954) 356-7336