FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6254-CR-NCR    Date: 4/7/03
Courtroom Clerk: P. Hart    Court Reporter: _____
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Bardfeld

Defendant(s): M. Zoyes (J)    Counsel: P. Forman
                                       M. Mendez

Reason For Hearing: Re-Sentencing

Result of Hearing/Judgment: ~~To~~ 26 mos, $100.00 assessment, no rest. D remanded. F.P.C. - Miami

Misc.: _____