| | |
|---|---|
| UNITED STATES OF AMERICA | **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF FLORIDA** |
| vs | Case No.: 00-06254-CR-ROETTGER |
| MICHAEL ZOYES <br> Marshal #26541-004 | **ORDER** |



_____/

**THIS CAUSE** is before the Court on remand from the Eleventh Circuit COURT of Appeals for re-sentencing. This court conducted a re-sentencing hearing on APRIL 7, 2003. After having a chance to hear from both parties at this hearing and upon careful review of the entire record in this cause, it is

**ORDERED AND ADJUDGED** that the previously entered Judgment & Commitment Order is hereby amended. Period of confinement imposed is 26 months. Restitution imposed is hereby Vacated. Court recommends confinement At F.P.C., Miami. In all other respects the Judgment & Commitment Order remain the same. Defendant is remanded to the custody of the U. S. Marshal.

**DONE AND ORDERED** this 16 day of Apr, 2003.

_____
**NORMAN C. ROETTGER**
**UNITED STATES DISTRICT COURT JUDGE**

**DANIEL H. FORMAN, P.A.**
1401 Brickell Avenue.
Suite 800
Miami, Florida 33131
Telephone (305) 577-8888

By /s/ Daniel H. Forman
DANIEL H. FORMAN, ESQ.
Florida Bar No. 229261

**MARISA TINKLER MENDEZ, P.A.**
901 Ponce deLeon Blvd.
Suite 304
Coral Gables, Florida 33134
Telephone (305) 444-3747

By /s/ Marisa Tinkler Mendez
MARISA TINKLER MENDEZ, ESQ.
Florida Bar No. 586455