**MARISA TINKLER MENDEZ, P.A.**
Attorney at Law

901 Ponce De Leon Boulevard
Suite 304
Coral Gables, Florida 33134

Telephone (305) 444-3747           Fax (305) 443-2291

December 7, 2006

United States District Court
Southern District of Florida
301 N. Miami Avenue
Miami, Florida 33132

ATTN: Clarence Maddox, Clerk of Court

Dear Mr. Maddox:

      On November 7, 2006 I was elected to serve as a Dade County District Court Judge in the Eleventh Judicial Circuit. I have attached a copy of my Certificate of Election for your records.

      I ask that this information be disseminated in the Court records at this time so that the Clerk's notices regarding electronic filing are no longer sent to my office since I will soon become an inactive member of the Florida Bar and will cease the practice of law.

      I thank you for your prompt attention and courtesy in this matter.

                                    Very truly yours,

                                    Marisa Tinkler Mendez

MTM/mm
Cc: administrative files
Chief United States District Judge William J. Zloch

# Certificate of Election

**STATE OF FLORIDA
DEPARTMENT OF STATE**

**Division of Elections**

I, Sue M. Cobb, Secretary of State
of the State of Florida, do hereby certify that

**Marisa Tinkler Mendez**

was duly elected on the
Seventh day of November, A.D., 2006,
to be

**Judge of the Circuit Court,
Eleventh Judicial Circuit, Group Eighty**

as shown by the Election Canvass
on file in this office.

*Given under my hand and the Great Seal of the
State of Florida, at Tallahassee, the Capital, this
the Twenty-Seventh day of November, A.D., 2006.*

Sue M. Cobb
Secretary of State

DSDE 99 (3/03)